IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ESTEVERNICO A. MITCHELL, #207110, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:03cv1241-WHA |
| ) | |
| GWENDOLYN MOSLEY, et al., ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #68), filed on May 2, 2006, together with Plaintiff's Objection (Doc. #71), filed on May 17, 2006. The court has conducted a *de novo* review of the file in this case and has carefully considered Plaintiff's Objection. Upon this independent evaluation and *de novo* review, the court finds the Plaintiff's Objection to be without merit, and it is hereby overruled. The court adopts the Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

1. The Motions for Summary Judgment filed by the Defendants (Docs. #23, 44 and 47) are GRANTED.

2. Judgment will be entered in favor of the Defendants and against the Plaintiff.

3. This case will be dismissed with prejudice.

4. Costs are taxed against the Plaintiff.

DONE this 24th day of May, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE